UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROXANNA ANDRADE,

                Plaintiff,

      -v-

NISSAN MOTOR ACCEPTANCE
COMPANY LLC, *et al.*,

                Defendants.

21-CV-8246 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in principle of the claims against Equifax. Accordingly, it is hereby ORDERED that this action is DISMISSED as to Equifax without costs and without prejudice to restoring the claims against Equifax, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are stayed as to Equifax.

    SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge