UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROXANNA ANDRADE,

                Plaintiff,

-v-

NISSAN MOTOR ACCEPTANCE COMPANY LLC, *et al.*,

                Defendants.

21-CV-8246 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

The Court has been informed that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED as to Experian without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

All filing deadlines and conference dates as to Experian are adjourned *sine die*.

SO ORDERED.

Dated: December 29, 2021
      New York, New York

_____
J. PAUL OETKEN
United States District Judge