UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANNA ANDRADE,

                Plaintiff,

-v-

NISSAN MOTOR ACCEPTANCE COMPANY LLC, *et al.*,

                Defendants.

21-CV-8246 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that Plaintiff and Defendant Nissan Motor Acceptance Company LLC ("Nissan") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED as to Nissan without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action as to Nissan is made within forty-five days.

All filing deadlines and conference dates with respect to Nissan are adjourned *sine die*.

SO ORDERED.

Dated: January 18, 2022
      New York, New York

                                       J. PAUL OETKEN
                                United States District Judge