UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANNA ANDRADE,

                        Plaintiff,

          -v-

NISSAN MOTOR ACCEPTANCE
COMPANY LLC, *et al.*,

                        Defendants.

21-CV-8246 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been informed that Plaintiff and Defendant TransUnion LLC ("TransUnion") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED as to TransUnion without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

      All filing deadlines and conference dates are adjourned *sine die*.

      As TransUnion is the last remaining defendant, the Clerk is directed to mark this case as closed.

      SO ORDERED.

Dated: January 31, 2022
       New York, New York

                                                      J. PAUL OETKEN
                                            United States District Judge